THE STATE OF OHIO, APPELLANT, *v.* NELSON, APPELLEE.

[Cite as *State v. Nelson,* 106 Ohio St.3d 1225, 2005-Ohio-5825.]

(No. 2004–2009—Submitted September 27, 2005—Decided November 16, 2005.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

William D. Mason, Cuyahoga County Prosecuting Attorney, and Matthew T. Norman, Assistant Prosecuting Attorney, for appellant.

Michael P. Maloney, for appellee.